IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TIFFANY SHANAYE WILLIAMS                                         PLAINTIFF

V.                        Case No. 3:25-CV-00077-KGB-BBM

PATRICK PRESLEY, Corporal, McPherson
Unit; and COREY BREDWELL, Sergeant,
McPherson Unit                                                 DEFENDANTS

## <u>ORDER</u>

On February 12, 2026, Plaintiff Tiffany Shanaye Williams notified the Court that she is no longer incarcerated. (Doc. 23). If Plaintiff wishes to pursue this lawsuit, she must file an updated *in forma pauperis* motion ("IFP Motion") that reflects her free-world financial status or pay the remaining balance of the filing and administrative fees, $156.46, in full.[1]

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to mail Plaintiff a free-world IFP Motion.

2.      If Plaintiff wishes to pursue this lawsuit, then, **within thirty (30) days of this Order**, she must either: (a) file a completed free-world IFP Motion*;* or (b) pay the remaining $156.46 in filing and administrative fees owed for this action. If she does not comply with this Order, this case will be dismissed, without prejudice, pursuant to LOCAL RULE 5.5(c)(2).

---

[1] According to Clerk's records, $248.54 towards the $350 filing fee was collected from Plaintiff's institutional account while she was incarcerated. *See* (Doc. 4) (directing that monthly payments be collected and remitted to the Clerk). Although an additional $55 administrative fee is waived for prisoners proceeding *in forma pauperis*, if Williams is no longer eligible to proceed *in forma pauperis*, she must pay both the filing and administrative fees for a total of $405.

SO ORDERED this 13th day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE